IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABDELLAH QUARDI,<br>   a/k/a "Abdellah OUARDI,"<br><br>   Defendant. | Criminal No. 1: 25-MJ-626 |

AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT

I, Nicholas Shively, being first duly sworn, hereby depose and state as follows:

INTRODUCTION AND AGENT BACKGROUND

1.  I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and I have been so employed since October 25, 2021. I am currently assigned to the FBI Washington Field Office, Northern Virginia Violent Crimes Task Force. During the course of my employment as an FBI Special Agent, I have been assigned to investigate violations of federal law, including robberies of banks, credit unions, and commercial establishments. I have specialized training and experience in the areas of robbery investigations, interview and interrogation, evidence recovery, and the analysis of digital evidence. Prior to becoming an FBI Special Agent, I was employed as a sworn law enforcement officer with the Fairfax County Police Department for approximately nine years. Over the course of my career in local law enforcement, I worked in various capacities as a patrol officer and narcotics detective. During that time, I conducted numerous investigations involving violent crimes.

2. As an FBI Special Agent, I am an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in, among others, Title 18, United States Code Section 922.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant charging ABDELLAH QUARDI (hereafter referred to as "QUARDI") with possession of a firearm by a prohibited person – here, an individual knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year – in violation of Title 18, United States Code, Section 922(g)(1).

4. The facts and information contained in this affidavit are based upon my personal knowledge, training and experience, as well as information and evidence obtained from other law enforcement officials. All observations I did not personally make were relayed to me by the individuals who made them or come from my review of records, documents, and other physical evidence obtained during the course of the investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## STATEMENT OF PROBABLE CAUSE

5. On May 17, 2024, Herndon Police executed an arrest warrant for trespass on QUARDI at a location on Elden Street in Herndon, Virginia, which is within the Eastern District of Virginia. Officers recovered a firearm from QUARDI's waistband. QUARDI advised that the firearm was loaded with a bullet in the chamber.

6. After the arrest, QUARDI was transported to the Fairfax County Adult Detention Center where he was brought before a magistrate. During the hearing, which the arresting officer witnessed, QUARDI said the following:

    a. "What, was I going to say it wasn't on me? It was on me. I take full responsibility as far as the pistol goes."

    b. "People walk up on people with knives on Elden St. I got to walk around with a firearm because I'm walking with my daughter."

7. On June 7, 2024, HPD initiated a Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") trace report of the weapon recovered from QUARDI's waistband. On June 13, 2024, the ATF trace report revealed that the firearm was a 9mm caliber pistol, manufactured by Ceska Zbrojovka (CZ), model CZ P-10 S, bearing serial number UC02876.

8. The trace report indicated the 9mm caliber pistol was imported from "Czechoslovakia" (currently Czechia) by CZ-USA located in Kansas City, Kansas. The trace report also confirmed that the weapon was not originally purchased by QUARDI. A Forensic Scientist for Virginia's Department of Forensic Science examined the firearm and found it to be in mechanical operating condition.

9. The below photographs taken by HPD depict the 9mm pistol and ammunition confiscated from QUARDI.




 

10. I ran a criminal history check on QUARDI and confirmed that he had been convicted of a felony offense in the Commonwealth of Virginia. Specifically, on November 6, 2012, QUARDI was found guilty of felony Distribution of a Controlled Substance in violation of Virginia Code Section 18.2-248 in case number FE-2012-1378 within the Circuit Court of Fairfax County, Virginia and subsequently sentenced to a five-year term of incarceration, with four years suspended.

\\

\\

\\

\\

\\

\\

\\

\\

## CONCLUSION

11. Based upon the foregoing, I submit that there is probable cause to believe that on or about May 17, 2024, in Herndon, Virginia, in the Eastern District of Virginia, ABDELLAH QUARDI, knowing that he has been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, in violation of Title 18, United States Code, Section 922(g)(l), and I request that a criminal complaint be issued for QUARDI.

Respectfully submitted,

*Nicholas C. Shively*

Nicholas Shively
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on October 31, 2025.

*William E. Fitzpatrick*

Hon. William E. Fitzpatrick
U.S. Magistrate Judge
Alexandria, Virginia